UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JERRY W. LASHUAY, JR., # 176424,<br>    Plaintiff,<br><br>-v-<br><br>JAMES FORNWALT, et al.,<br>    Defendants. | No. 1:15-cv-1109<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court granted Defendants' motion for summary judgment and has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

  **THIS MATTER IS TERMINATED.**

  **IT IS SO ORDERED.**

Date: September 20, 2017            /s/ Paul L. Maloney
                        Paul L. Maloney
                        United States District Judge